| | |
|---|---|
| 1 | Jack T. Friedman, No. 068134 |
| | Larry B. Panek, No. 132588 |
| 2 | **CARROLL, BURDICK & McDONOUGH LLP** |
| | Attorneys at Law |
| 3 | 1676 N. California Blvd, Suite 620 |
| | Walnut Creek, CA 94596-4124 |
| 4 | Telephone: 925.944.6080 |
| | Facsimile: 925.256.3110 |
| 5 | |
| | Attorneys for Defendant |
| 6 | DISCOVER REINSURANCE COMPANY, erroneously |
| | sued herein as DISCOVER RE INSURANCE COMPANY |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | YELLOW CAB COOPERATIVE OF SAN FRANCISCO, a California Corporation, | Civil Action No. C-06-04219 EMC |
| 12 | | **STIPULATION TO EXTEND TIME FOR DISCOVER REINSURANCE COMPANY TO RESPOND TO COMPLAINT** |
| 13 | Plaintiff, | |
| 14 | v. | ORDER |
| 15 | DISCOVER RE INSURANCE COMPANY, an Insurer doing business in California, and Does 1-100, inclusive, | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |

Plaintiff YELLOW CAB COOPERATIVE OF SAN FRANCISCO and

Defendant DISCOVER REINSURANCE COMPANY, erroneously sued herein as

Discover Re Insurance Company, hereby stipulate that DISCOVER REINSURANCE

COMPANY has up to and including July 28, 2006 within which to answer or otherwise

///

CBM-WC\WC051408.1

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

respond to the Complaint filed by Plaintiff herein. This stipulated extension of time does not alter the date of any event or any deadline already fixed by Court Order.

Dated: July 13, 2006

AGUILAR & SEBASTINELLI

By /s/
Gregory E. Ebstein
Attorneys for Plaintiff YELLOW CAB
COOPERATIVE OF SAN FRANCISCO

Dated: July 13, 2006

CARROLL, BURDICK & McDONOUGH LLP

By /s/
Larry B. Panek
Attorneys for Defendant DISCOVER
REINSURANCE COMPANY, erroneously sued
herein as DISCOVER RE INSURANCE
COMPANY

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: July 13, 2006

CARROLL, BURDICK & McDONOUGH LLP

By     /s/
Larry B. Panek
Attorneys for Defendant DISCOVER REINSURANCE COMPANY

IT IS SO ORDERED:

_____
Edward M. Chen
U.S.M.J.

IT IS SO ORDERED
Judge Edward M. Chen

CBM-WC\WC051408.1     -3-

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**