Raul A. Aguilar, Esq. (SBN 056419)
Dominic G. Flamiano, Esq. (SBN 142445)
AGUILAR & SEBASTINELLI
One Montgomery Street, Suite 2330
San Francisco, CA 94104-5502

Telephone: (415) 982-9500
Facsimile: (415) 982-9506

Attorneys for Yellow Cab Cooperative of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOW CAB COOPERATIVE OF SAN FRANCISCO, a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>DISCOVER RE INSURANCE COMPANY, an Insurer doing business in California, and Does 1-100, inclusive,<br><br>    Defendants. | Civil Action No. C-06-04219 EMC<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE |

    Having considered the Motion for Admittance *Pro Hac Vice*, the supporting declarations, and good cause appearing therefore,

    IT IS HEREBY ORDERED, the application of the Law Firm of Low & Childers, P.C., by and through attorneys J. Michael Low and Tasha N. Cycholl, for admittance to practice *pro hac vice* in the above captioned matter is granted.

Dated: August __14__, 2006

                                                                                 IT IS SO ORDERED
                                                                          Judge Edward M. Chen

---

[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE