UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOW CAB COOPERATIVE OF SAN FRANCISCO, a California Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>DISCOVER REINSURANCE COMPANY, an Indiana insurer; UNITED STATES FIDELITY & GUARANTY, a Maryland insurer; DISCOVERY MANAGERS, LTD., a Connecticut corporation; FIDELITY AND GUARANTY INSURANCE COMPANY, a Maryland insurer; and Does 1-100, inclusive,<br><br>        Defendants. | No. C 06-04219 SBA<br><br>**ORDER** |

      Pursuant to stipulation by the parties, IT IS HEREBY ORDERED THAT Defendant Discover Reinsurance Company's Motion to Dismiss is withdrawn.

      IT IS FURTHER ORDERED that Defendants shall respond to the Complaint by Answer or Motion no later than **February 2, 2007.**

      IT IS FURTHER ORDERED that the telephonic Case Management Conference set for October 24, 2006 at 3:00 p.m. is hereby continued to **February 8, 2007, at 2:30 p.m.**

      IT IS FURTHER ORDERED that the parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement, which shall be filed no later than **February 1, 2007**. Counsel for Plaintiff shall be responsible for filing the Case Management Conference Statement, as well as for arranging the Case Management Conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 10/16/06

*[signature: Saundra B Armstrong]*

SAUNDRA BROWN ARMSTRONG
United States District Judge