J. Michael Low, Esq., #003432
Tasha N. Cycholl, Esq. #019727
LOW & CHILDERS, P.C.
2999 North 44th Street # 250
Phoenix, Arizona  85018
Telephone (602) 266-1166
Facsimile (602) 808-8835
e-mail:  mlow@lowchilders.com
e-mail:  tcycholl@lowchilders.com
*Counsel Pro Hac Vice*

Raul A. Aguilar, Esq. (SBN 056419)
Dominic G. Flamiano, Esq. (SBN 142445)
AGUILAR LAW OFFICES
One Montgomery Street, Suite 2330
San Francisco, CA 94104-5502
Telephone (415) 982-9500
Facsimile (415) 982-9506
e-mail:  dominicflamiano@agseb.com
e-mail:  raulaguilar@agseb.com
*Attorneys for Yellow Cab Cooperative of San
Francisco*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YELLOW CAB COOPERATIVE OF SAN FRANCISCO, a CALIFORNIA Corporation,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**DISCOVER RE INSURANCE COMPANY, an Insurer doing business in California, and Does 1-100, inclusive,**<br><br>**Defendants.** | **Civil Action No.**<br><br>**C-06-04219 SBA**<br><br>**STIPULATED MOTION TO EXTEND DEADLINE FOR MEDIATION** |

The parties hereto, through undersigned counsel, hereby file this Stipulated Motion, requesting that the court extend the deadline for completion of the court ordered mediation in this case.  The Court's Order dated September 25, 2006 required the parties to complete the mediation within ninety (90) days from the date of the Order, or December 25, 2006.  However, the parties have not been able to schedule the mediation on a date and time where both parties, their counsel and the private mediator are available.  The parties are in the process of setting up a date for January, 2007.

Therefore, counsel for Plaintiff and Defendants in this case respectfully request that this court extend the deadline to complete ADR to January, 31, 2007.

Dated:	December 11, 2006

**LOW & CHILDERS, P.C.**

By:	/s/ Tasha N. Cycholl #019727
J. Michael Low
Tasha N. Cycholl
2999 North 44th Street,
Suite 250
Phoenix, Arizona 85018
Telephone (602) 266-1166
Telecopier (602) 808-8835

**CARROLL, BURDICK & McDONOUGH LLP**

By: _____/s/_____
Larry B. Panek
Attorneys for Defendant Discover
Reinsurance Company

Stipulated Motion to Extend Deadline for	2
Mediation

## ORDER

Pursuant to the Stipulation above, it is hereby ordered Granting Plaintiff's Motion to Extend Deadline for Mediation.


**IT IS SO ORDERED.**

Dated: 12/21/06                              _____

United States District Court Judge
Saundra Brown Armstrong