| | |
|---|---|
| 1 | Jack T. Friedman, No. 068134 (*jfriedman@cbmlaw.com*)<br>Larry B. Panek, No. 132588 (*lpanek@cbmlaw.com*) |
| 2 | **CARROLL, BURDICK & McDONOUGH LLP**<br>Attorneys at Law |
| 3 | 1676 N. California Blvd, Suite 620<br>Walnut Creek, CA 94596-4124 |
| 4 | Telephone: 925.944.6080<br>Facsimile: 925.256.3110 |

Attorneys for Defendant
DISCOVER REINSURANCE COMPANY, erroneously sued herein as DISCOVER RE INSURANCE COMPANY, UNITED STATES FIDELITY & GUARANTY, DISCOVERY MANAGERS, LTD. and FIDELITY AND GUARANTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| YELLOW CAB COOPERATIVE OF SAN FRANCISCO, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER REINSURANCE COMPANY, an Indiana insurer; UNITED STATES FIDELITY & GUARANTY, a Maryland insurer; DISCOVERY MANAGERS, LTD., a Connecticut corporation; FIDELITY AND GUARANTY INSURANCE COMPANY, a Maryland insurer; and Does 1-100, inclusive,<br><br>Defendants. | Civil Action No. C-06-04219 SBA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT**<br><br>Complaint Filed: 6/5/06<br>Amended Complaint Filed: 9/15/06. |

Plaintiff YELLOW CAB COOPERATIVE OF SAN FRANCISCO and Defendants hereby stipulate that Defendants DISCOVER REINSURANCE COMPANY, UNITED STATES FIDELITY & GUARANTY, DISCOVERY MANAGERS, LTD. and FIDELITY AND GUARANTY INSURANCE COMPANY have up to and including

CBM-WC\WC056495.1

**STIPULATION AND ORDER**

1  March 31, 2007 within which to answer or otherwise respond to the Amended Complaint
2  filed by Plaintiff herein. This Stipulation is to allow the parties to complete mediation
3  efforts on this matter before filing further pleadings. This Stipulation does not affect other
4  dates in the case.
5      SO STIPULATED:
6  Dated: February 5, 2007      LOW & CHILDERS, P.C.

8  By    /s/
9      J. Michael Low
    Tasha N. Cycholl
    Attorneys for Plaintiff YELLOW CAB
10     COOPERATIVE OF SAN FRANCISCO

11 Dated: February 5, 2007      CARROLL, BURDICK & McDONOUGH

13 By    /s/
14     Jack T. Friedman
    Larry B. Panek
15     Attorneys for Defendant DISCOVER
REINSURANCE COMPANY, erroneously sued
16 herein as DISCOVER RE INSURANCE COMPANY

CBM-WC\WC056495.1      -2-

**STIPULATION AND ORDER**

# **O R D E R**

IT IS HEREBY ordered that Defendants DISCOVER REINSURANCE COMPANY, UNITED STATES FIDELITY & GUARANTY, DISCOVERY MANAGERS, LTD. and FIDELITY AND GUARANTY INSURANCE COMPANY have up to and including March 31, 2007 within which to answer or otherwise respond to the Amended Complaint filed by Plaintiff herein to allow the parties to complete mediation efforts on this matter before filing further pleadings.

Dated: 2-9-07

_Saundra B. Armstrong_
The Honorable Saundra B. Armstrong
Judge the U.S. District Court

CBM-WC\WC056495.1 -3-

**STIPULATION AND ORDER**